# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JANINE CHARBONEAU | § |
| | § Civil Action No. 4:18-CV-863 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| EVERGREEN HOME LOANS, ET AL. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 4, 2019, the report of the Magistrate Judge (Dkt. #4) was entered containing proposed findings of fact and recommendations that Plaintiff Janine Charboneau's case be dismissed pursuant to Federal Rules of Civil Procedure 4(m) and 41(b).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Janine Charboneau's case is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 14th day of May, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE